MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JEFFERY B. WHITE (State Bar No. 291086)
jwhite@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VIOLET MARQUEZ, LONGINA SHAW, CHANTEIL GUY, BRIANA RIBOTA, NICOALE SYLVESTRE, PETER TREITEL, STACY DUNCAN and TONYA HILL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | **CASE NO. 5:20-cv-00693-JGB-SP**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to the Hon. Jesus G. Bernal and Magistrate Judge Sheri Pym |

661842.1

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Violet Marquez, Longina Shaw, Chanteil Guy, Briana Ribota, Nicoale Sylvestre, Peter Treitel, Stacy Duncan and Tonya Hill (collectively, "Plaintiffs") and Defendant County of San Bernardino ("County") (together, the "Parties"), hereby jointly give notice pursuant to Local Rule 16-15.7 and Local Rule 40-2 that Plaintiffs and the County have reached an agreement to settle this case.

The Parties are in the process of drafting and signing appropriate settlement agreements and documents. This settlement also requires review and approval by the County's Board of Supervisors.

After approval by the Board of Supervisors, the settlement will be submitted to the Court for approval. *See*, *e.g.*, *In re City of Redondo Beach*, 2021 WL 1010631, at *1 (C.D. Cal. Mar. 16, 2021) (requiring court approval of FLSA settlements). After Court approval and payment of the settlement funds, the Parties will file a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties jointly request that the current dates set in the case be vacated and that the Court set an Order to Show Cause Regarding Settlement approximately three months in the future.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

661842.1

2

JOINT NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED: February 8, 2024 | MILLER BARONDESS, LLP |
| 2 | | |
| 3 | | By: /signature/ |
| 4 | | MIRA HASHMALL |
| 5 | | Attorneys for Defendant COUNTY OF SAN BERNARDINO |
| 6 | | |
| 7 | DATED: February 8, 2024 | CUTTER LAW P.C. |
| 8 | | |
| 9 | | By: */s/ Celine E. Cutter* |
| 10 | | C. BROOKS CUTTER |
| 11 | | CELINE E. CUTTER Attorneys for Plaintiffs |
| 12 | | VIOLET MARQUEZ, LONGINA SHAW, CHANTEIL GUY, BRIANA |
| 13 | | RIBOTA, NICOALE SYLVESTRE, |
| 14 | | PETER TREITEL, STACY DUNCAN and TONYA HILL |
| 15 | | |
| 16 | | MEGAN A. RICHMOND |
| 17 | | MEGAN A. RICHMOND, APC Attorneys for Plaintiffs |
| 18 | | VIOLET MARQUEZ, LONGINA SHAW, CHANTEIL GUY, BRIANA |
| 19 | | RIBOTA, NICOALE SYLVESTRE, |
| 20 | | PETER TREITEL, STACY DUNCAN and TONYA HILL |

**SIGNATURE ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 8, 2024          MILLER BARONDESS, LLP

By: _____
    MIRA HASHMALL
    Attorneys for Defendant
    COUNTY OF SAN BERNARDINO